UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-22152-CIV-MARTINEZ-GOODMAN**

KIMBERLY HARVEY SINGLETON, as
Personal Representative of the Estate of Jesse
Singleton, deceased,
    Plaintiff,

vs.

FLORIDA BEAUTY EXPRESS, INC., et al.,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DISPOSALL, INC.

THIS MATTER is before the Court upon the Notice of Voluntary Dismissal with Prejudice of Defendant Disposall, Inc. [ECF No. 23]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice** as to Defendant Disposall, Inc. only. Both Plaintiff and Defendant Disposall, Inc. shall bear their own costs and fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of January, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record