FILED by _____ D.C.

MAR 3 1 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128–7716
(305)523–5100

Date: March 21, 2016

**ORIGINAL
FILED**

MAR 2 5 2016

**HARVEY RUVIN**
CLERK

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:  District Court Case No.: 1:15–cv–22152–JEM

State Court Case No.: 14–024707–CA 01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed

to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed

copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby ackonwledges receipt of the

District Court's certified copy of the Order of Remand.

By: _____
     Deputy Clerk

On: _3 - 25 - 2016_

ROBBIE DUC

Steven M. Larimore, Clerk of Court

By  /s/ Maria Cruz
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK · ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USMS
INSPECTED

RECEIVED





Presort
First Class Mail
ComBasPrice

U.S. POSTAGE >> PITNEY BOWES

$ 000.39¹
ZIP 33128
02 4M
0001379247 MAR 29 2016

United States District Court
Southern District of Florida
400 North Miami Avenue
Room 8N09
Miami, Fl 33128

BLX-SSB 33128